1
2
3     O
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,         )
                                       )
12              Plaintiff,             )    SA 09-059 M
                                       )
13        v.                           )    ORDER OF DETENTION AFTER HEARING
                                       )    (18 U.S.C. § 3142(i))
14   JOSE ROCHA ENCARNACION,           )
                                       )
15              Defendant.             )
                                       )
16
17                                       I.
18   A.  ( ) On motion of the Government involving an alleged
19       1. ( ) crime of violence;
20       2. ( ) offense with maximum sentence of life imprisonment or death;
21       3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years
22           (21 U.S.C. §§ 801,/951, et. seq.,/955a);
23       4. ( ) felony - defendant convicted of two or more prior offenses described above.
24   B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)
25       1. (X)   serious risk defendant will flee;
26       2. ( )   serious risk defendant will
27           a. ( ) obstruct or attempt to obstruct justice;
28           b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

|   |   |
|---|---|
| 1 | II. |
| 2 | The Court finds no condition or combination of conditions will reasonable assure: |
| 3 | A. ( X )   appearance of defendant as required; and/or |
| 4 | B. ( ) safety of any person or the community; |
| 5 | III. |
| 6 | The Court has considered: |
| 7 | A. ( x) the nature and circumstances of the offense; |
| 8 | B. (x) the weight of evidence against the defendant; |
| 9 | C. (x) the history and characteristics of the defendant; |
| 10 | D. ( ) the nature and seriousness of the danger to any person or to the community. |
| 11 | IV. |
| 12 | The Court concludes: |
| 13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 14 |   |
| 15 | B. (x )   History and characteristics indicate a serious risk that defendant will flee because: |
| 16-17 | **Defendant is undocumented.  He has no ties to the community and no bail resources.** |
| 18 |   |
| 19 | C. ( ) A serious risk exists that defendant will: |
| 20 | 1. ( )   obstruct  or  attempt to  obstruct  justice; |
| 21 | 2. ( )   threaten, injure or intimidate a witness/ juror; because: |
| 22 |   |
| 23-24 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e). |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: February 12, 2009

Marc L. Goldman
U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)   - 3 -   Page 3 of 3